# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FOCUS RESPIRATORY, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> MIDWEST RESPIRATORY CARE, INC., EDWARD A. DELASHMUTT, EDWARD C. DELASHMUTT, and MICHAEL J. HALL, <br><br> Defendants. | 8:20CV142 <br><br> **ORDER OF DISMISSAL** |

The parties filed a Joint Stipulation for Dismissal with Prejudice (Filing No. 21) advising the Court that the parties have agreed that Plaintiff's claims be dismissed with prejudice.

Accordingly,

**IT IS ORDERED** that the Joint Stipulation for Dismissal with Prejudice (Filing No. 21) is approved and granted. The above-captioned case is dismissed with prejudice, with each party to pay its own costs. Judgment will be entered by separate document.

Dated this 22nd day of June, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge